[This decision has been published in *Ohio Official Reports* at 97 Ohio St.3d 203.]

THE STATE OF OHIO, APPELLEE, *v*. STEWARD, APPELLANT.

[Cite as *State v. Steward*, 2002-Ohio-5782.]

*Discretionary appeal allowed—Court of appeals' judgment reversed and cause remanded to trial court for consideration of State v. Bush.*

(No. 2002-1170—Submitted September 24, 2002—Decided November 6, 2002.)

APPEAL from the Court of Appeals for Richland County, No. 01CA102, 2002-Ohio-2680.

_____

{¶1} The discretionary appeal is allowed.

{¶2} The judgment of the court of appeals is reversed and the cause is remanded to the trial court for consideration of *State v. Bush*, 96 Ohio St.3d 235, 2002-Ohio-3993, 773 N.E.2d 522.

MOYER, C.J., DOUGLAS, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK and F.E. SWEENEY, JJ., dissent and would affirm the judgment of the court of appeals.

_____

James J. Mayer Jr., Richland County Prosecuting Attorney, and John Randolph Spon Jr., for appellee.

Bruce A. Steward, pro se.

_____

1